# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 15, 2009

Marilyn Kelly,
Chief Justice

136617(50)(52)

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

GARY L. BUSH, Guardian of GARY E. BUSH,
a Protected Person,
          Plaintiff-Appellee,

v

BEHROOZ-BRUCE SHABAHANG, M.D.,
GEORGE T. SUGIYAMA, M.D., M. ASHRAF
MANSOUR, M.D., VASCULAR ASSOCIATES,
P.C., and SPECTRUM HEALTH
BUTTERWORTH CAMPUS,
          Defendants,
and

JOHN CHARLES HEISER, M.D., and WEST
MICHIGAN CARDIOVASCULAR SURGEONS,
          Defendants-Appellants.

_____

SC: 136617
COA: 274709
Kent CC: 06-000982-NM

     On order of the Chief Justice, motions by the Michigan Association for Justice and the University of Michigan for leave to file briefs *amicus curiae* are considered and they are GRANTED.



     I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 15, 2009

Clerk